No. 78–5995.  HUNT *v.* MISSOURI.  Ct. App. Mo., Kansas City Dist.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Duren* v. *Mis-*

---

*MR. JUSTICE POWELL took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.

*souri*, 439 U. S. 357 (1979).

No. 78–6077. JONES *v.* MISSOURI. Ct. App. Mo., Kansas City Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Duren* v. *Missouri*, 439 U. S. 357 (1979).